# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY ROBINSON,<br><br>                Plaintiff,<br><br>    v.<br><br>TERRI L. GONZALEZ, et al.,<br><br>                Defendants. | Case No. CV 11-5639-DOC (JEM)<br><br>**JUDGMENT** |

     In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

     **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: April 11, 2012

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE